THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE COX, an Infant, by His Mother, LAUREEN COX, Individually and on Behalf of all Other Persons Similarly Situated, Respondent-Appellant, v. FREDERICK S. APPELTON, Superintendent of the Highland Training School for Children, et al., Appellants-Respondents.— Appeal unanimously dismissed as academic. (See People ex rel. Wilder v. Markley, 26 N Y 2d 648.) (Appeals from certain parts of judgment and order of Onondaga Special Term ordering hearing on placement and parole.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Bastow, JJ.

RITA CHRISTENSEN, Appellant, v. HOWARD CHRISTENSEN, Respondent. — Motion for a stay denied; motion granted and appeal dismissed, without costs. (Family Ct. Act, § 1012) two motions.